RECEIVED

05 SEP 23 PM 12: 30

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Riley A. Chavis

          Plaintiff(s),

v.

Merck & Co., Inc.

          Defendant(s).

CASE NO. C05-3553

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Megan Faust-Craig, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is 436 Seventh The 26th Floor Koppers Building, Pittsburgh, PA 15219 (412-642-2300), having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Riley A. Chavis.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 26 Sept 05

Bernard Zimmerman
United States Magistrate Judge