UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Riley A. Chavis

               Plaintiff(s),

               v.

Merck & Co., Inc.

_____Defendant(s)._____/

CASE NO.   C05-3553 BZ

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

John C. Evans _____, an active member in good standing of the bar of

Pennsylvania _____, whose business address and telephone number is 436 Seventh

The 26th Floor Koppers Building, Pittsburgh, PA   15219 (412-642-2300) _____, having

applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Riley A. Chavis _____.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 26 Sept 05

Bernard Zimmerman
United States Magistrate   Judge