IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILEY A. CHAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCK & CO., INC.,<br><br>    Defendant.<br>_____/ | No. C 05-03553 WHA<br><br><br><br>**ORDER OF REFERRAL** |

      This action appears to be one of several cases currently pending in the Northern District of California involving the prescription drug VIOXX®. The earliest-filed action was *Guinta v. Merck & Co., Inc.*, Case No. C 04-5061 MHP. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Marilyn H. Patel for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

      **IT IS SO ORDERED.**

Dated: October 7, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE