FILED
NOV - 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
NOV - 3 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Michael K. Brown (State Bar No. 104252)
   Thomas J. Yoo (State Bar No. 175118)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071
   Telephone:   (213) 457-8000
4  Facsimile:   (213) 457-8080

5  Steven J. Boranian (State Bar No. 174183)
   Dana A. Blanton (State Bar No. 232373)
6  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
7  San Francisco, CA 94111
   Telephone:   (415) 543.8700
8  Facsimile:   (415) 391.8269

9  Attorneys for Defendant Merck & Co., Inc.

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  RILEY A. CHAVIS,                    No. CV 05-3553 ~~WHA~~ MHP

15                 Plaintiff,           STIPULATION AND [~~PROPOSED~~] ORDER
                                        STAYING PROCEEDINGS PENDING
16         vs.                          TRANSFER TO *IN RE VIOXX PRODUCTS
                                        LIABILITY LITIGATION*, MDL NO. 1657
17  MERCK & CO., INC.,

18                 Defendants.

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO IN RE
VIOXX PRODUCTS LIABILITY LITIGATION, MDL NO. 1657

1   The parties, by and through their counsel, stipulate to and respectfully request a stay of all
2   proceedings in this action pending the transfer of this case to *In re VIOXX Products Liability*
3   *Litigation*, MDL No. 1657.

5   Plaintiffs allege personal injuries and loss of consortium attributed to the prescription drug
6   Vioxx®. Defendant Merck & Co., Inc. ("Merck") manufactured and distributed Vioxx, but
7   voluntarily withdrew Vioxx from the market on September 30, 2004.

9   On February 16, 2005, the Judicial Panel on Multidistrict Litigation ("JPML") issued an
10  order transferring 148 Vioxx-related cases to the United States District Court for the Eastern District
11  of Louisiana for coordinated pretrial proceedings under 28 U.S.C. § 1407. On September 30, 2005,
12  the JPML issued a conditional transfer order of this case to the Vioxx MDL that will become
13  effective when it is filed in the Office of the Clerk of the United States District Court for the Eastern
14  District of Louisiana. A copy of the conditional transfer order is attached hereto as Exhibit A.

16  While the transfer order is pending, a stay will potentially conserve judicial resources and
17  will not cause unfair prejudice to the parties. *See Rivers v. Walt Disney Co.*, 980 F. Supp. 1358,
18  1360 (C.D. Cal. 1997) (stay pending MDL transfer decision action would further judicial economy
19  because "any efforts on behalf of this Court concerning case management will most likely have to be
20  replicated by the judge that is assigned to handle the consolidated litigation").

22  Based on the foregoing, the parties respectfully request that the Court stay this action
23  pending its transfer to MDL No. 1657.

1  DATED: October 20, 2005.

2                                                    REED SMITH LLP

3
                                              By /s/ Dana A. Blanton
4                                                 Dana A. Blanton
                                                  Attorneys for Defendant
5                                                 Merck & Co., Inc.

6
7  DATED: October 25, 2005.

8                                                    SPECTER SPECTER EVANS & MANOGUE PC

9
                                              By /s/ Megan Faust-Craig
10                                                Megan Faust-Craig, Esq.
                                                  Attorneys for Plaintiffs

## ORDER

Having considered the foregoing stipulation and good cause appearing therefore, IT IS SO ORDERED.

DATED: 11/7/05

_____
United States District Judge

— 2 —